IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Susan Stevens Willing, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:17-2030-RMG |
| ) | |
| vs. ) | |
| ) | |
| Andrew M. Saul, Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b) for successful recovery of back supplemental security income benefits.. (Dkt. No. 45).[1] Plaintiff's counsel seeks approval of an attorney's fee for his services on behalf of Plaintiff in federal court in the amount of $8,064.20, which represents 25% of the total back award obtained on behalf of Plaintiff for back supplemental security income benefits. (Dkt. No. 45-1 at 2). Plaintiff's contract with his counsel provides for a 25% contingency fee. The Defendant has advised the Court that he does not oppose approval of the attorney fee request of Plaintiff. (Dkt. No. 47).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve

---

[1] The Court previously approved legal fees for back Title II benefits in the amount of $10,037.50. (Dkt. No. 44). Plaintiff's counsel was directed to reimburse Plaintiff from these Title II fee proceeds for a previous EAJA award of $4,500.00.

-1-

the fee in the amount of $8,064.20.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

December 11, 2019
Charleston, South Carolina